1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN  55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.

14
15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17                          SAN JOSE DIVISION

| | |
|---|---|
| 18  MOLLY STEARNS, | Case No. 008 02746 |
| 19             Plaintiff, | DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES |
| 20      vs. | |
| 21  SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; | |
| 22  BED BATH & BEYOND, INC., a New York Corporation, | |
| 23 | |
| 24             Defendants. | |

25         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16,

26 the undersigned certifies that the following listed persons, associations of persons, firms,

27 partnerships, corporations (including parent corporations) or other entities (i) have a

28

financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1) Select Comfort Retail Corporation states that it is a wholly-owned subsidiary of Select Comfort Corporation. Select Comfort Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2) Bed Bath & Beyond, Inc. states that it has no parent corporation and that T. Rowe Price Group, Inc. owns 13.67% of its stock.

Dated: June 2, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
Dianne L. Sweeney
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.

Dated: June 2, 2008.

OPPENHEIMER WOLFF & DONNELLY LLP

By _____
Andrew S. Hansen
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.

**CERTIFICATE OF SERVICE**

I am employed in State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman LLP, 2475 Hanover Street, Palo Alto, CA 94304-1114. On **June 2, 2008**, I served the documents titled:

1. DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

on the parties in this action as follows:

Robert M. Gagliasso, Esq.
Andrew V. Stearns, Esq.
Bustamante, O'Hara & Gagliasso
River Park Tower
333 W. San Carlos, Eighth Floor
San Jose, CA 95110

☒ **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed above.

☐ **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the persons at the electronic-email addresses indicated above.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2008, at Palo Alto, California.

_/s/ Meri L. Y. Rose_
Meri L. Y. Rose