E-FILING

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2     vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3     dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7     ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8     hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9     manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN 55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100

12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION

17 _____
18 MOLLY STEARNS,                      )   Case No. C08 02746 JF
                                       )
19                      Plaintiff,     )   APPLICATION FOR ADMISSION
                                       )   OF HEIDI A. O. FISHER AS       PVT
20    vs.                              )   COUNSEL *PRO HAC VICE* AND
                                       )   CERTIFICATION PURSUANT TO
21 SELECT COMFORT RETAIL               )   CIVIL LOCAL RULE 11-3
   CORPORATION, a Minnesota Corporation; )
22 BED BATH & BEYOND, INC., a New York )
   Corporation,                        )
23                                     )
                        Defendants.    )
24 _____)

25

26

27

28

701097072v1                    - 1 -    APPL. FOR ADMISSION OF H. FISHER AS COUNSEL
                                        *PRO HAC VICE* AND CERTIFICATION PURSUANT TO
                                        CIVIL LOCAL RULE 11-3

1   Pursuant to Civil L.R. 11-3, Heidi A. O. Fisher, an active member in good standing
2   of the bar of the United States District Court, Minnesota as well as the other jurisdictions
3   listed below, hereby applies for admission to practice in the Northern District of California
4   on a *pro hac vice* basis representing Defendants Select Comfort Retail Corporation and Bed
5   Bath & Beyond, Inc. in the above-entitled action.
6   In support of this application, I, HEIDI A. O. FISHER, certify on oath as follows:
7   1.   I have been retained by Defendants Select Comfort Retail Corporation and
8   Bed Bath & Beyond, Inc. to appear on their behalf in this action.
9   2.   I am an associate at the law firm of Oppenheimer Wolff & Donnelly LLP. I
10  maintain my office at Oppenheimer Wolff & Donnelly LLP, Plaza VII, Suite 3300, 45
11  South Seventh Street, Minneapolis, Minnesota 55402. My business telephone number is
12  (612) 607-7450. My email address is hfisher@oppenheimer.com.
13  3.   I am not a resident of the State of California. I am not regularly engaged in
14  the practice of law in the State of California.
15  4.   I have been admitted to practice law before the following courts: Courts of
16  the State of Minnesota, United States District Court for the District of Minnesota, United
17  States Court of Appeals for the Eighth Circuit. I am an active member in good standing in
18  these courts and am not currently suspended or disbarred in any court.
19  5.   My co-counsel in this case will be Vernon H. Granneman and Dianne L.
20  Sweeney of Pillsbury Winthrop Shaw Pittman LLP, 2475 Hanover Street, Palo Alto,
21  California 94304, telephone (650) 233-4500, both of whom I believe to be active members
22  of the Bar of this Court and co-counsel for Defendants Select Comfort Retail Corporation
23  and Bed Bath & Beyond, Inc. in this action.
24  6.   I agree to abide by the Standards of Professional Conduct set forth in Civil
25  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
26  become familiar with the Local Rules and Alternative Dispute Resolution Programs of this
27  Court.
28

1  7. If admitted, I will indicate in all papers filed with my name on them that my
2  appearance is *pro hac vice*.
3  I declare under penalty of perjury that the foregoing is true and correct. Executed
4  this 2nd day of June, 2008, at Minneapolis, Minnesota.

_____
Heidi A. O. Fisher

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28