
E-FILING

ADR

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN  55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.
14

RECEIVED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C08 02746 JF PVT

| | |
|---|---|
| MOLLY STEARNS, | Case No. |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF HEIDI A. O. FISHER |
| vs. | |
| SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation, | Courtroom: Judge: |
| Defendants. | |

Heidi A. O. Fisher, an active member in good standing of the Bar of the United States District Court, Minnesota, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Select Comfort Retail Corporation and Bed Bath & Beyond, Inc.,

1    IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
2 terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
3 indicate appearance *pro hac vice*. Service of papers upon and communication with co-
4 counsel designated in the application will constitute notice to the party. All future filings in
5 this action are subject to the requirements contained in General Order No. 45, *Electronic*
6 *Case Filing*.

7

8   Dated: _____

9

10
                                                    _____
11                                                  The Hon.
                                                    United States District Court
12                                                  Northern District of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28