1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN (SBN 083532)
2     vernon.granneman@pillsburylaw.com
    DIANNE L. SWEENEY (SBN 187198)
3     dianne.sweeney@pillsburylaw.com
    2475 Hanover Street
4   Palo Alto, CA  94304-1114
    Telephone: (650) 233-4500
5   Facsimile: (650) 233-4545

6   OPPENHEIMER WOLFF & DONNELLY LLP
    ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7     ahansen@oppenheimer.com
    HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8     hfisher@oppenheimer.com
    MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9     manzelc@oppenheimer.com
    Plaza VII, Suite 3300
10  45 South Seventh Street
    Minneapolis, MN  55402
11  Telephone: (612) 607-7000
    Facsimile: (612) 607-7100

12
    Attorneys for Defendants
13  SELECT COMFORT RETAIL CORPORATION
    and BED BATH & BEYOND, INC.
14
                    UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN JOSE DIVISION
17  _____
18  MOLLY STEARNS,                          )   Case No. C08 02746
                                            )
19                      Plaintiff,          )   APPLICATION FOR ADMISSION
                                            )   OF ANDREW S. HANSEN AS
20          vs.                             )   COUNSEL *PRO HAC VICE* AND
                                            )   CERTIFICATION PURSUANT TO
21  SELECT COMFORT RETAIL                   )   CIVIL LOCAL RULE 11-3
    CORPORATION, a Minnesota Corporation;   )
22  BED BATH & BEYOND, INC., a New York     )
    Corporation,                            )
23                                          )
                        Defendants.         )
24  _____        )

25

26

27

28

1      Pursuant to Civil L.R. 11-3, Andrew S. Hansen, an active member in good standing

2  of the bar of the United States District Court, Minnesota as well as the other jurisdictions

3  listed below, hereby applies for admission to practice in the Northern District of California

4  on a *pro hac vice* basis representing Defendants Select Comfort Retail Corporation and Bed

5  Bath & Beyond, Inc. in the above-entitled action.

6      In support of this application, I, ANDREW S. HANSEN, certify on oath as follows:

7      1.      I have been retained by Defendants Select Comfort Retail Corporation and

8  Bed Bath & Beyond, Inc. to appear on their behalf in this action.

9      2.      I am a partner at the law firm of Oppenheimer Wolff & Donnelly LLP. I

10  maintain my office at Oppenheimer Wolff & Donnelly LLP, Plaza VII, Suite 3300, 45

11  South Seventh Street, Minneapolis, Minnesota 55402. My business telephone number is

12  (612) 607-7569. My email address is ahansen@oppenheimer.com.

13      3.      I am not a resident of the State of California. I am not regularly engaged in

14  the practice of law in the State of California.

15      4.      I have been admitted to practice law before the following courts: Courts of

16  the State of Minnesota, United States District Court for the District of Minnesota, United

17  States Court of Appeals for the Eighth Circuit. I am an active member in good standing in

18  these courts and am not currently suspended or disbarred in any court.

19      5.      My co-counsel in this case will be Vernon H. Granneman and Dianne L.

20  Sweeney of Pillsbury Winthrop Shaw Pittman LLP, 2475 Hanover Street, Palo Alto,

21  California 94304, telephone (650) 233-4500, both of whom I believe to be active members

22  of the Bar of this Court and co-counsel for Defendants Select Comfort Retail Corporation

23  and Bed Bath & Beyond, Inc. in this action.

24      6.      I agree to abide by the Standards of Professional Conduct set forth in Civil

25  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to

26  become familiar with the Local Rules and Alternative Dispute Resolution Programs of this

27  Court.

28

1      7.      If admitted, I will indicate in all papers filed with my name on them that my

2    appearance is *pro hac vice.*

3          I declare under penalty of perjury that the foregoing is true and correct. Executed

4    this 2nd day of June, 2008, at Minneapolis, Minnesota.

5

6    _____

7                        Andrew S. Hansen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28