1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN  55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100

12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17 _____
                                           )
18 MOLLY STEARNS,                          )  Case No. C08 02746 JF PVT
                                           )
19                    Plaintiff,           )  [PROPOSED] ORDER GRANTING
                                           )  APPLICATION FOR ADMISSION
20       vs.                               )  *PRO HAC VICE* OF ANDREW S.
                                           )  HANSEN
21 SELECT COMFORT RETAIL                   )
   CORPORATION, a Minnesota Corporation;   )  Courtroom:
22 BED BATH & BEYOND, INC., a New York     )  Judge:
   Corporation,                            )
23                                         )
                      Defendants.          )
24 _____)

25       Andrew S. Hansen, an active member in good standing of the Bar of the United

26 States District Court, Minnesota, having applied in the above-entitled action for admission

27 to practice in the Northern District of California on a *pro hac vice* basis, representing

28 Defendants Select Comfort Retail Corporation and Bed Bath & Beyond, Inc.,

1     IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
2 terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
3 indicate appearance *pro hac vice*. Service of papers upon and communication with co-
4 counsel designated in the application will constitute notice to the party. All future filings in
5 this action are subject to the requirements contained in General Order No. 45, *Electronic*
6 *Case Filing*.

7

8 Dated: _____

9

10

                                                                  _____
11                                                                   The Hon.
                                                                  United States District Court
12                                                                  Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28