

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN 55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12

   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18 MOLLY STEARNS,                           )
                                            )  Case No.
19                  Plaintiff,              )  CERTIFICATE OF SERVICE
                                            )
20       vs.                                )
                                            )
21 SELECT COMFORT RETAIL                    )
   CORPORATION, a Minnesota Corporation;    )
22 BED BATH & BEYOND, INC., a New York      )
   Corporation,                             )
23                                          )
                    Defendants.             )
24 _____  )

25       I am employed in State of California, in the office of a member of the bar of this

26 Court, at whose direction the service was made. I am over the age of eighteen years, and

27 not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman

28

LLP, 2475 Hanover Street, Palo Alto, CA 94304-1114. On **June 2, 2008**, I served the documents titled:

1. APPLICATION FOR ADMISSION OF ANDREW S. HANSEN AS COUNSEL *PRO HAC VICE* AND CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 11-3

2. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW S. HANSEN

3. APPLICATION FOR ADMISSION OF HEIDI A. O. FISHER AS COUNSEL *PRO HAC VICE* AND CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 11-3

4. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF HEIDI A. O. FISHER

5. APPLICATION FOR ADMISSION OF MEGHAN M. ANZELC AS COUNSEL *PRO HAC VICE* AND CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 11-3

6. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF MEGHAN M. ANZELC

on the parties in this action as follows:

Robert M. Gagliasso, Esq.
Andrew V. Stearns, Esq.
Bustamante, O'Hara & Gagliasso
River Park Tower
333 W. San Carlos, Eighth Floor
San Jose, CA 95110

☒ **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed above.

☐ **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the persons at the electronic-email addresses indicated above.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

1  ☐  **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by <u>Federal Express</u> for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2008, at Palo Alto, California.

*/s/ Meri L. Y. Rose*
Meri L. Y. Rose