1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN  55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY STEARNS, | Case No. C08-02746 JF |
| Plaintiff, | **STIPULATION TO CONTINUE TIME FOR RESPONDING TO COMPLAINT** |
| vs. | |
| SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation, | **Local Rule 6-1(a)** |
| Defendants. | |

25       WHEREAS Defendants Select Comfort Retail Corporation ("Select Comfort") and

26 Bed Bath & Beyond, Inc. ("Bed Bath & Beyond") removed the action filed against them by

27 Plaintiff Molly Stearns;

28

1  WHEREAS Defendants intended to file a motion under Rule 12 of the Federal
2  Rules of Civil Procedure in response to Plaintiff's Complaint, which motion would be set
3  for hearing on July 25, 2008; and
4  WHEREAS Plaintiff's counsel states that they are unavailable for a hearing on July
5  25, 2008; and
6  WHEREAS the parties have met and conferred and agreed to continue the time for
7  Defendants to respond to Plaintiff's Complaint without altering the date of any event or any
8  deadline already fixed by Court order;
9  NOW THEREFORE the parties agree and stipulate that Defendants' time to
10  respond to the Complaint is continued until July 11, 2008.
11  Because this agreement and stipulation does not alter the date of any event or any
12  deadline already fixed by Court order, the parties do not seek an order of the Court
13  affirming this schedule.
14  Dated:  June 7, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  */s/ Dianne L. Sweeney*
Dianne L. Sweeney
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.

20  Dated:  June 7, 2008.

OPPENHEIMER WOLFF & DONNELLY LLP

By  */s/ Andrew S. Hansen*
Andrew S. Hansen
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.

| | |
|---|---|
| 1  Dated:  June 6, 2008 | BUSTAMANTE, O'HARA & GAGLIASSO |
| 2 | |
| 3 | |
| 4 | By  */s/ Andrew V. Stearns*  <br>     Andrew V. Stearns <br>     Attorneys for Plaintiff |
| 5 | MOLLY STEARNS |

7  **GENERAL ORDER 45(X)(B) STATEMENT**

8       Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of

9  this document has been obtained from counsel for Plaintiff MOLLY STEARNS and co-counsel

10  for Defendants SELECT COMFORT RETAIL CORPORATION and BED BATH &

11  BEYOND, INC.

| | |
|---|---|
| 13 | By  */s/ Dianne L. Sweeney*  <br>     Dianne L. Sweeney |
| 14 |     Attorneys for Defendants <br>     SELECT COMFORT RETAIL CORPORATION |
| 15 |     AND BED BATH & BEYOND, INC. |