E-FILING

ADR

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2   vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3   dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7   ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8   hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9   manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN 55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.
14
                    RECEIVED
                    JUN - 2 2008
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE

                  UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN JOSE DIVISION       C08  02746 JF PVT
17
18 MOLLY STEARNS,                    )  Case No.
                                     )
19                Plaintiff,         )  [PROPOSED] ORDER GRANTING
                                     )  APPLICATION FOR ADMISSION
20       vs.                         )  *PRO HAC VICE* OF HEIDI A. O.
                                     )  FISHER
21 SELECT COMFORT RETAIL             )
   CORPORATION, a Minnesota Corporation; )  Courtroom:
22 BED BATH & BEYOND, INC., a New York )  Judge:
   Corporation,                      )
23                                   )
                Defendants.          )
24 _____ )

25       Heidi A. O. Fisher, an active member in good standing of the Bar of the United

26 States District Court, Minnesota, having applied in the above-entitled action for admission

27 to practice in the Northern District of California on a *pro hac vice* basis, representing

28 Defendants Select Comfort Retail Corporation and Bed Bath & Beyond, Inc.,

701097108v1                          - 1 -          [PROPOSED] ORDER GRANTING APPL. FOR
                                                    ADMISSION *PRO HAC VICE* OF HEIDI FISHER

1     IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
2 terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
3 indicate appearance *pro hac vice*. Service of papers upon and communication with co-
4 counsel designated in the application will constitute notice to the party. All future filings in
5 this action are subject to the requirements contained in General Order No. 45, *Electronic*
6 *Case Filing*.

7

8 Dated: 6/12/08

9

10

11 The Hon. Jeremy Fogel
United States District Court
12 Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28