ADR

E-FILING

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (*Pro Hac Vice* application pending)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (*Pro Hac Vice* application pending)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (*Pro Hac Vice* application pending)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN 55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.
14

RECEIVED

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 18  MOLLY STEARNS, | Case No. C08 02746 JF PVT |
| 19             Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF MEGHAN M. ANZELC |
| 20      vs. | |
| 21  SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation, | Courtroom: Judge: |
| 22 | |
| 23 | |
| 24           Defendants. | |

25      Meghan M. Anzelc, an active member in good standing of the Bar of the United

26 States District Court, Minnesota, having applied in the above-entitled action for admission

27

28

1  to practice in the Northern District of California on a *pro hac vice* basis, representing
2  Defendants Select Comfort Retail Corporation and Bed Bath & Beyond, Inc.,
3      IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
4  terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
5  indicate appearance *pro hac vice*. Service of papers upon and communication with co-
6  counsel designated in the application will constitute notice to the party. All future filings in
7  this action are subject to the requirements contained in General Order No. 45, *Electronic*
8  *Case Filing.*
9
10  Dated: 6/12/08

                                 The Hon. Jeremy Fogel
                                 United States District Court
                                 Northern District of California