| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | VERNON H. GRANNEMAN (SBN 083532) |
| 2 |   vernon.granneman@pillsburylaw.com |
|   | DIANNE L. SWEENEY (SBN 187198) |
| 3 |   dianne.sweeney@pillsburylaw.com |
|   | 2475 Hanover Street |
| 4 | Palo Alto, CA  94304-1114 |
|   | Telephone: (650) 233-4500 |
| 5 | Facsimile: (650) 233-4545 |
| 6 | OPPENHEIMER WOLFF & DONNELLY LLP |
|   | ANDREW S. HANSEN (admitted *Pro Hac Vice*) |
| 7 |   ahansen@oppenheimer.com |
|   | HEIDI A. O. FISHER (admitted *Pro Hac Vice*) |
| 8 |   hfisher@oppenheimer.com |
|   | MEGHAN M. ANZELC (admitted *Pro Hac Vice*) |
| 9 |   manzelc@oppenheimer.com |
|   | Plaza VII, Suite 3300 |
| 10 | 45 South Seventh Street |
|   | Minneapolis, MN  55402 |
| 11 | Telephone: (612) 607-7000 |
|   | Facsimile: (612) 607-7100 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | SELECT COMFORT RETAIL CORPORATION |
|   | and BED BATH & BEYOND, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MOLLY STEARNS, | ) | Case No. C08-02746 JF |
|           Plaintiff, | ) | **STIPULATION TO CONTINUE TIME FOR RESPONDING TO COMPLAINT AND TO SET HEARING ON RULE 12 MOTION FOR SEPTEMBER 5, 2008** |
| vs. | ) | |
| SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation, | ) | **Local Rule 6-1(a)** |
|           Defendants. | ) | |

1    WHEREAS Defendants Select Comfort Retail Corporation ("Select Comfort") and
2 Bed Bath & Beyond, Inc. ("Bed Bath & Beyond") removed the action filed against them by
3 Plaintiff Molly Stearns;
4    WHEREAS Defendants intend to file a motion under Rule 12 of the Federal Rules
5 of Civil Procedure in response to Plaintiff's Complaint;
6    WHEREAS the parties previously stipulated that Defendants' time to respond to the
7 Complaint would be continued until July 11, 2008 but recently learned that a hearing on
8 August 15, 2008 was not available from the Court;
9    Whereas the parties now agree to further extend the Defendants' time to respond
10 and to select a new hearing date that is mutually agreeable to all parties and available from
11 this Court; and
12    WHEREAS the proposed hearing schedule will not alter the date of any event or
13 any deadline already fixed by Court order;
14    NOW THEREFORE the parties agree and stipulate that Defendants' time to
15 respond to the Complaint is continued until August 1, 2008.  The parties further agree that
16 Defendants' Rule 12 motion will be held on September 5, 2008 at 9:00 a.m.  Said date was
17 reserved with the Clerk prior to the filing of this stipulation.
18    Because this agreement and stipulation does not alter the date of any event or any
19 deadline already fixed by Court order, the parties do not seek an order of the Court
20 affirming this schedule.

21 Dated:  June 26, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  /s/ Dianne L. Sweeney
Dianne L. Sweeney
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.

| | |
|---|---|
| 1 | Dated:  June 25, 2008. |
| 2 | OPPENHEIMER WOLFF & DONNELLY LLP |

Dated:  June 25, 2008.

OPPENHEIMER WOLFF & DONNELLY LLP

By  */s/ Andrew S. Hansen*
Andrew S. Hansen
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.

Dated:  June 25, 2008

BUSTAMANTE, O'HARA & GAGLIASSO

By  */s/ Robert M. Gagliasso*
Robert M. Gagliasso
Attorneys for Plaintiff
MOLLY STEARNS

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff MOLLY STEARNS and co-counsel for Defendants SELECT COMFORT RETAIL CORPORATION and BED BATH & BEYOND, INC.

By  */s/ Dianne L. Sweeney*
Dianne L. Sweeney
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
AND BED BATH & BEYOND, INC.