```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN (SBN 083532)
 2    vernon.granneman@pillsburylaw.com
    DIANNE L. SWEENEY (SBN 187198)
 3    dianne.sweeney@pillsburylaw.com
    2475 Hanover Street
 4  Palo Alto, CA  94304
    Telephone: (650) 233-4500
 5  Facsimile: (650) 233-4545

 6  OPPENHEIMER WOLFF & DONNELLY LLP
    ANDREW S. HANSEN (admitted Pro Hac Vice)
 7    ahansen@oppenheimer.com
    HEIDI A. O. FISHER (admitted Pro Hac Vice)
 8    hfisher@oppenheimer.com
    MEGHAN M. ANZELC (admitted Pro Hac Vice)
 9    manzelc@oppenheimer.com
    Plaza VII, Suite 3300
10  45 South Seventh Street
    Minneapolis, MN  55402
11  Telephone: (612) 607-7000
    Facsimile: (612) 607-7100
12
    Attorneys for Defendants
13  SELECT COMFORT RETAIL CORPORATION
    and BED BATH & BEYOND INC.
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                           SAN JOSE DIVISION
17
18  MOLLY STEARNS,                    )   Case No. C 08 02746 JF
                                      )
19              Plaintiff,            )   [PROPOSED] ORDER GRANTING
                                      )   DEFENDANTS' MOTION TO
20       vs.                          )   DISMISS AND TO STRIKE
                                      )
21  SELECT COMFORT RETAIL             )   Date: September 5, 2008
    CORPORATION, a Minnesota Corporation; )   Time: 9:00 a.m.
22  BED BATH & BEYOND INC., a New York )   Dept: Courtroom 3, 5th Floor
    Corporation,                      )   Judge: The Honorable Jeremy Fogel
23                                    )
                Defendants.           )
24                                    )

25

26       This matter came before the Court on September 5, 2008 at 9:00 a.m.  Defendants

27  Select Comfort Retail Corporation and Bed, Bath & Beyond Inc. have moved for an order

28
```

1 dismissing Plaintiff Molly Stearns' second through sixth causes of action and striking

2 Plaintiff's class allegations from her Complaint.  Based upon the Points and Authorities

3 submitted by the parties and the argument of counsel,

4     IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, specifically:

5     1.    Plaintiff's Second Cause of Action, Breach of Express Warranty, is

6 DISMISSED with prejudice;

7     2.    Plaintiff's Third Cause of Action, Breach of Implied Warranty, is

8 DISMISSED with prejudice;

9     3.    Plaintiff's Fourth Cause of Action, Concealment, is DISMISSED with

10 prejudice,

11     4.    Plaintiff's Fifth Cause of Action, Intentional Misrepresentation, is

12 DISMISSED with prejudice;

13     5.    Plaintiff's Sixth Cause of Action, Negligent Misrepresentation, is

14 DISMISSED with prejudice;

15     6.    All purported class claims based on the foregoing five claims are,

16 accordingly, DISMISSED with prejudice; and

17     7.    The Court further STRIKES all portions of the remaining Complaint which

18 purport to bring this action on a representative basis, including portions of paragraphs 1,

19 32–34, and 53–58,  and the entirely of paragraphs 34–43.

20

21     SO ORDERED.

22

23 Dated:                                         _____

24                                         The Honorable Jeremy Fogel

25

26

27

28                                                                                     [PROPOSED] ORDER GRANTING
                                                                                    MOTION TO DISMISS AND TO STRIKE
                                                                                                Case No. C 08 02746JF

701202086v1