```
PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (SBN 083532)
   vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
   dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

OPPENHEIMER WOLFF & DONNELLY LLP
ANDREW S. HANSEN (Admitted *Pro Hac Vice*)
   ahansen@oppenheimer.com
HEIDI A. O. FISHER (Admitted *Pro Hac Vice*)
   hfisher@oppenheimer.com
MEGHAN M. ANZELC (Admitted *Pro Hac Vice*)
   manzelc@oppenheimer.com
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION
and BED BATH & BEYOND, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY STEARNS, <br><br> Plaintiff, <br><br> vs. <br><br> SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation, <br><br> Defendants. | Case No. C08 024746 JF (PVT) <br><br> **CERTIFICATE OF SERVICE** |

I am employed in State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman

1  LLP, 2475 Hanover Street, Palo Alto, CA 94304-1114.  On **August 1, 2008**, I served the

2  documents titled:

3      1.    Defendants' Answer to Plaintiff's First Cause of Action

4      2.    Notice of Motion and Motion of Defendants to Dismiss and to Strike

5      3.    [Proposed] Order Granting Defendants' Motion to Dismiss and to Strike

6  on the parties in this action as follows:

| | |
|---|---|
| Robert M. Gagliasso, Esq. | Email:  RGagliasso@LoboInc.com |
| Andrew V. Stearns, Esq. | |
| Bustamante, O'Hara & Gagliasso | Email:  AStearns@LoboInc.com |
| River Park Tower | |
| 333 W. San Carlos, Eighth Floor | |
| San Jose, CA  95110 | |

☐ **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, CA.  I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed above.

☒ **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the persons at the electronic-email addresses indicated above.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date.  A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by <u>Federal Express</u> for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 1, 2008, at Palo Alto, California.

_____
Meri L. Y. Rose