Robert M. Gagliasso, SBN 162082
Andrew V. Stearns, SBN 164849
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
astearns@loboinc.com

Attorneys for Plaintiff
MOLLY STEARNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE SAN JOSE DIVISION

* * *

| | |
|---|---|
| MOLLY STEARNS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SELECT COMFORT RETAIL ) <br> CORPORATION, a Minnesota ) <br> Corporation; BED BATH & BEYOND, ) <br> INC., a New York Corporation; and ) <br> DOES 1 through 50,000, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. C 08 02746 JF <br><br> **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' MOTION TO DISMISS AND TO STRIKE** <br><br> Date: September 5, 2008 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3, 5th Floor <br> Judge: Hon. Jeremy Fogel |

In reviewing a 12(b)(6) motion, the court must accept as true all material allegations in the complaint, as well as reasonable inferences to be drawn therefrom. *Pareto v. FDIC* (9th Cir. 1998) 139 F.3d 696, 699. *See also, Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit* (1993) 507 US 163, 164, 113 S.Ct. 1160, 1161; *United States v. White* (CD Cal. 1995) 893 F.Supp. 1423, 1428 (quoting text). Defendants cannot offer unsupported evidence to support their argument.

Plaintiff hereby objects to the following facts on the grounds that they are outside the scope of the pleadings and should not be considered by the Court in ruling on the present

1 Motion. Plaintiff further moves to strike these facts.

2 <u>Page 1:27-2:1</u>. "Select Comfort offers a full refund of the purchase price if a customer has any problems with mold – a refund that Stearns accepted." There are no allegations in the Complaint that Stearns accepted a refund. The Complaint does state at paragraph 77, "Plaintiff is informed and believes and thereon alleges that defendants, and each of them, instituted a method and procedure in furtherance of their concealment by agreeing to pay any purchaser who complained about the Sleep Number® bed the full amount of the purchase price so long as the bed was returned to SELECT COMFORT." See also, paragraph 29.

<u>Page 2:6-7</u>. "The overwhelming majority of such persons have not experienced mold and, therefore, have no damages." The Complaint alleges, at paragraph 40, "The claims of the representative plaintiff are typical of the Class Members. The representative plaintiff purchased a Sleep Number® bed without knowledge of the inherently defective nature of the product. Investigation revealed that the Sleep Number® bed was covered in mold. Plaintiff suffered personal injury."

<u>Page 2:7-9</u>. "Further, such persons would have no economic damage claim even if they did experience mold because Select Comfort offers a full refund." The Complaint does state at paragraph 77, "Plaintiff is informed and believes and thereon alleges that defendants, and each of them, instituted a method and procedure in furtherance of their concealment by agreeing to pay any purchaser who complained about the Sleep Number® bed the full amount of the purchase price so long as the bed was returned to SELECT COMFORT." See also, paragraph 29.

<u>Page 4, fn. 1</u>. "…- conceding that she could receive a full refund from Select Comfort." The Complaint does state at paragraph 77, "Plaintiff is informed and believes and thereon alleges that defendants, and each of them, instituted a method and procedure in furtherance of their concealment by agreeing to pay any purchaser who complained about the Sleep Number® bed the full amount of the purchase price so long as the bed was returned to SELECT COMFORT." See also, paragraph 29.

1  Page 5:5-7. "…and she concedes in her Complaint that she has no economic injury because
2  Select Comfort provides full purchase price refunds and disposal of allegedly defective
3  products for customers who complain of mold."  The Complaint does state at paragraph 77,
4  "Plaintiff is informed and believes and thereon alleges that defendants, and each of them,
5  instituted a method and procedure in furtherance of their concealment by agreeing to pay
6  any purchaser who complained about the Sleep Number® bed the full amount of the
7  purchase price so long as the bed was returned to SELECT COMFORT."  See also,
8  paragraph 29.
9  Page 24:1-2.  "Over the past twenty years, the language in Select Comfort's warranties has
10 changed."  The only warranty language known and at issue at the present time is attached to
11 the Complaint as Exhibit A.
12 DATE: August 14, 2008                    BUSTAMANTE O'HARA & GAGLIASSO

                                           /s/ Robert M. Gagliasso_____
                                           ROBERT M. GAGLIASSO
                                           ANDREW V. STEARNS
                                           Counsel of Record for Plaintiff MOLLY
                                           STEARNS