1  Robert M. Gagliasso, SBN 162082
   Andrew V. Stearns, SBN 164849
2  **BUSTAMANTE, O'HARA & GAGLIASSO**
   River Park Tower
3  333 W. San Carlos St., 8th Floor
   San Jose, California 95110
4  Telephone: (408) 977-1911
   astearns@loboinc.com
5
   Attorneys for Plaintiff
6  MOLLY STEARNS

7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     IN THE SAN JOSE DIVISION

12                              * * *

13 | MOLLY STEARNS,                      ) Case No. C 08 02746 JF
                                         )
14 |          Plaintiff,                 ) CERTIFICATE OF SERVICE
                                         )
15 | vs.                                 )
                                         )
16 | SELECT COMFORT RETAIL               )
     CORPORATION, a Minnesota            )
17 | Corporation; BED BATH & BEYOND,     )
     INC., a New York Corporation; and   )
18 | DOES 1 through 50,000, inclusive,   )
                                         )
19 |          Defendants.                )
                                         )

20

21     I am a citizen of the United States. My business address is 333 W. San Carlos Street,

22 8th Floor, San Jose, CA 95110. I am employed in the County of Santa Clara where this

23 service occurs. I am over the age of 18 years, and not a party to the within action or cause.

24 //

25 //

26 //

27 //

28

Page 1

CERTIFICATE OF SERVICE                                          Case No. C 08 02746 JF

1    On the date set forth below, following ordinary business practice, I served the

2  foregoing document(s) described as:

3   1) OPPOSITION TO MOTION OF DEFENDANTS TO DISMISS AND TO STRIKE

4
   2)  PLAINTIFF'S OBJECTIONS TO DEFENDANTS' MOTION TO DISMISS
5       AND TO STRIKE

6    On the parties in this action as follows:

7  Andrew S. Hansen                      E:Mail: ahansen@oppenheimer.com
   Heidi A. O. Fisher                    E:Mail: hfisher@oppenheimer.com
8  Meghan M. Anzelc                      E:Mail: manzelc@oppenheimer.com
   OPPENHEIMER WOLF &
9  DONNELY, LLP
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN 55402
11
   Dianne L. Sweeney                     E:Mail: cianne.sweeney@pillsburylaw.com
12 Vernon H. Granneman                   E:Mail: vernon.granneman@pillsburylaw.com
   PILLSBURY WINTHROP SHAW
13 PITTMAN, LLP
   2475 Hanover Street
14 Palo Alto, CA 94304-1114

15 [  ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California.
16
   [ X ]  (BY EMAIL TRANSMISSION) I caused such documents to be delivered by
17 electronic transmission to the persons at the electronic-email addresses indicated above.

18 [  ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
19
   [  ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an
20 overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.
21
   [  ]   (STATE) I declare under penalty of perjury under the laws of the State of California
22 that the above is true and correct.

23 [ X ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the services were made.
24
       Executed on August 15, 2008 at San Jose, California.
25

26
                                                /s/ Lisa Moniz-Kramer_____
27

28

Page 2

CERTIFICATE OF SERVICE                                          Case No. C 08 02746 JF