| | |
|---|---|
| 1  PILLSBURY WINTHROP SHAW PITTMAN LLP | |
|    VERNON H. GRANNEMAN (SBN 083532) | **E-Filed 11/14/08** |
| 2    vernon.granneman@pillsburylaw.com | |

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (admitted *Pro Hac Vice*)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN  55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100

12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION
   and BED BATH & BEYOND, INC.

**\*\*E-Filed 11/14/08\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY STEARNS, individually and on behalf of all those similarly situated,<br><br>              Plaintiffs,<br><br>   vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>              Defendants. | Case No. C 08 02746 JF PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR RESPONDING TO AMENDED COMPLAINT, TO SET HEARING ON RULE 12 MOTION FOR FEBRUARY 13, 2009, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 6-1** |

1  WHEREAS, Plaintiffs Molly Stearns, Ruth Rose, Dennis Fuller, Bonnie Fuller, Dan
2  Schlesinger, Karen Williams, and Brian Williams filed and served an amended complaint
3  on October 30, 2008.  Defendants Select Comfort Retail Corporation and Bed Bath &
4  Beyond, Inc. currently must respond to the amended complaint, whether by answer or
5  motion, on November 13, 2008.
6  WHEREAS, Defendants intend to file a motion under Rule 12 of the Federal Rules
7  of Civil Procedure in response to Plaintiffs' amended complaint.
8  WHEREAS, the parties agree to extend Defendants' time to respond to the amended
9  complaint.  The parties further agree to continue all other deadlines, including the pretrial
10 conference set for December 12, 2008, until after the Court has decided Defendants'
11 motion.
12 WHEREAS, the parties have secured a hearing date on the motion and have agreed
13 to a briefing schedule.
14 NOW THEREFORE, the parties hereby agree and stipulate that Defendants' time to
15 respond to the amended complaint is continued until January 6, 2009.
16 The parties agree that Defendants' Rule 12 motion will be heard on February 13,
17 2009 at 9:00 a.m.  Said date was reserved with the Clerk prior to the filing of this
18 stipulation.
19 The parties further agree to the following briefing schedule:  Defendants' motion,
20 including points and authorities, shall be served and filed on or before January 6, 2009.
21 Plaintiffs' opposition shall be served and filed on or before January 15, 2009.  Defendants'
22 reply shall be served and filed on or before January 23, 2009.  The briefing schedule is in
23 accordance with Local Rule 7.
24 The parties further agree that all other deadlines, including the pretrial conference
25 set for December 12, 2008, shall be continued until after the Court decides Defendants'
26 motion.
27
28

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME
Case No. C 08 02746JF

| | | |
|---|---|---|
| 1 | Dated: November 13, 2008 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | |
| 3 | | By   */s/ Dianne L. Sweeney* |
| 4 | | Dianne L. Sweeney<br>Attorneys for Defendants |
| 5 | | SELECT COMFORT RETAIL CORPORATION<br>AND BED BATH & BEYOND INC. |
| 6 | | |
| 7 | Dated: November 13, 2008 | OPPENHEIMER WOLFF & DONNELLY LLP |
| 8 | | |
| 9 | | By   */s/ Andrew S. Hansen* |
| | | Andrew S. Hansen |
| 10 | | Attorneys for Defendants |
| | | SELECT COMFORT RETAIL CORPORATION |
| 11 | | AND BED BATH & BEYOND INC. |
| 12 | | |
| 13 | Dated: November 13, 2008 | BUSTAMANTE, O'HARA & GALIASSO |
| 14 | | By   */s/ Andrew V. Stearns* |
| | | Andrew V. Stearns |
| 15 | | Attorneys for Plaintiffs |
| | | MOLLY STEARNS, RUTH ROSE, DENNIS |
| 16 | | FULLER, BONNIE FULLER, DAN |
| | | SCHLESINGER, KAREN WILLIAMS, AND |
| 17 | | BRIAN WILLIAMS |

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, and BRIAN WILLIAMS and co-counsel for Defendants SELECT COMFORT RETAIL CORPORATION and BED BATH & BEYOND INC.

By   */s/ Dianne L. Sweeney*
Dianne L. Sweeney

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |

2   The Court, having considered the parties' Stipulation and finding good cause
3   therefore, hereby orders:
4       1.   That Defendants' time to respond to the amended complaint is continued
5   until January 6, 2009;
6       2.   That Defendants' Rule 12 motion will be heard on February 13, 2009 at 9:00
7   a.m.  Said date was reserved with the Clerk prior to the filing of this stipulation;
8       3.   That the parties shall comply with the following schedule relating to
9   Defendants' Rule 12 motion:
10          a.   Defendants' motion, including points and authorities, shall be served
11               and filed on or before January 6, 2009;
12          b.   Plaintiffs' opposition shall be served and filed on or before January
13               15, 2009;
14          c.   Defendants' reply shall be served and filed on or before January 23,
15               2009.
16      4.   That all other deadlines, including the pretrial conference set for December
17  12, 2008, shall be continued until a date to be ordered by the Court after the Court decides
18  Defendants' Rule 12 motion.
19
20  IT IS SO ORDERED.
21
22  Dated: __11/14/08__                    By: _____[signature]_____
23                                              United States District Court Judge
24
25
26
27
28