1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (admitted *Pro Hac Vice*)
7    ahansen@oppenheimer.com
   HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
8    hfisher@oppenheimer.com
   MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
9    manzelc@oppenheimer.com
   Plaza VII, Suite 3300
10 45 South Seventh Street
   Minneapolis, MN  55402
11 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
12
   Attorneys for Defendants
13 SELECT COMFORT RETAIL CORPORATION,
   BED BATH & BEYOND, INC. and THE SLEEP TRAIN, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN JOSE DIVISION

17

| | |
|---|---|
| 18  MOLLY STEARNS, individually and on behalf of all those similarly situated, | Case No. C 08 02746 JF PVT |
| 19                              Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TIME FOR DEFENDANT THE SLEEP TRAIN, INC.'S RESPONSE TO AMENDED COMPLAINT AND TO BIND DEFENDANT THE SLEEP TRAIN, INC. TO THE COURT'S ORDER DATED NOVEMBER 14, 2008** |
| 20           vs. | |
| 21 SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive, | |
| 25                              Defendants. | **Local Rule 6-1** |

26

27

28

- 1 -

STIP. AND [PROPOSED] ORDER  TO CONT. TIME FOR
DEFT. THE SLEEP TRAIN, INC. TO RESPOND TO
AMENDED COMPLAINT - Case No. C 08 02746JF

1       WHEREAS, Plaintiffs Molly Stearns, Ruth Rose, Dennis Fuller, Bonnie Fuller, Dan
2  Schlesinger, Karen Williams, and Brian Williams filed an amended complaint on October
3  30, 2008.  Defendant The Sleep Train, Inc. has been served with the amended complaint.
4       WHEREAS, counsel for Defendants Select Comfort Retail Corporation and Bed
5  Bath & Beyond, Inc. will respond to the amended complaint on behalf of Defendant The
6  Sleep Train, Inc.
7       WHEREAS, upon a Stipulation between Plaintiffs and Defendants Select Comfort
8  Retail Corporation and Bed Bath & Beyond, Inc., the Court ordered that Defendants' time
9  to respond to the amended complaint be continued until January 6, 2009.
10      WHEREAS, in order that all Defendants' responses to the amended complaint are
11 due on the same day, the parties agree to extend Defendant The Sleep Train, Inc.'s time to
12 respond to the amended complaint to January 6, 2009. The parties further agree that
13 Defendant The Sleep Train, Inc. is otherwise bound by the Court's Order dated November
14 14, 2008.
15      NOW THEREFORE, the parties hereby agree and stipulate that Defendant The
16 Sleep Train, Inc.'s time to respond to the amended complaint is continued until January 6,
17 2009. The parties agree that Defendant The Sleep Train, Inc. is hereby bound by all other
18 requirements and deadlines set forth in the Court's Order dated November 14, 2008.

19 Dated: December 15, 2008            PILLSBURY WINTHROP SHAW PITTMAN LLP

21                                    By    */s/ Dianne L. Sweeney*
                                         Dianne L. Sweeney
22                                       Attorneys for Defendants
                                         SELECT COMFORT RETAIL CORPORATION,
23                                       BED BATH & BEYOND INC. and THE SLEEP
                                         TRAIN, INC.

STIP. AND [PROPOSED] ORDER  TO CONT. TIME FOR
DEFT. THE SLEEP TRAIN, INC. TO RESPOND TO
AMENDED COMPLAINT - Case No. C 08 02746JF

- 2 -

| | |
|---|---|
| Dated: December 15, 2008 | OPPENHEIMER WOLFF & DONNELLY LLP |
| | By  */s/ Andrew S. Hansen* <br> Andrew S. Hansen <br> Attorneys for Defendants <br> SELECT COMFORT RETAIL CORPORATION AND BED BATH & BEYOND INC. and THE SLEEP TRAIN, INC. |
| Dated: December 11, 2008 | BUSTAMANTE, O'HARA & GALIASSO |
| | By  */s/ Andrew V. Stearns* <br> Andrew V. Stearns <br> Attorneys for Plaintiffs <br> MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRIAN WILLIAMS |

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in this filing of this document has been obtained from counsel for Plaintiffs MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, and BRIAN WILLIAMS and co-counsel for Defendants SELECT COMFORT RETAIN CORPORATION, BED BATH & BEYOND INC. and THE SLEEP TRAIN, INC.

By  */s/ Dianne L. Sweeney*
Dianne L. Sweeney

STIP. AND [PROPOSED] ORDER TO CONT. TIME FOR DEFT. THE SLEEP TRAIN, INC. TO RESPOND TO AMENDED COMPLAINT - Case No. C 08 02746JF

- 3 -

1 **[PROPOSED] ORDER**

2     The Court, having considered the parties' Stipulation and finding good cause

3 therefore, hereby orders:

4     1.    Defendant The Sleep Train, Inc.'s time to respond to the amended complaint

5 is continued until January 6, 2009;

6     2.    Defendant The Sleep Train, Inc. is bound by this Court's Order dated

7 November 14, 2008.

8

9 IT IS SO ORDERED.

10

11 Dated: 12/16/08        By: _____

12                             United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO CONT. TIME FOR
DEFT. THE SLEEP TRAIN, INC. TO RESPOND TO
AMENDED COMPLAINT - Case No. C 08 02746JF

- 4 -