PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (SBN 083532)
  vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
  dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

OPPENHEIMER WOLFF & DONNELLY LLP
ANDREW S. HANSEN (admitted *Pro Hac Vice*)
  ahansen@oppenheimer.com
HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
  hfisher@oppenheimer.com
MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
  manzelc@oppenheimer.com
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION,
BED BATH & BEYOND, INC.,
and THE SLEEP TRAIN, INC.

**E-Filed 7/22/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY STEARNS, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>    Defendants. | Case No. C 08 02746 JF PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR RESPONDING TO SECOND AMENDED COMPLAINT, TO SET HEARING ON RULE 12 MOTION FOR NOVEMBER 6, 2009, AND TO CONTINUE ALL DEADLINES**<br><br>**Local Rule 6-1** |

1   WHEREAS, Plaintiffs Molly Stearns, Ruth Rose, Dennis Fuller, Bonnie Fuller, Dan
2   Schlesinger, Karen Williams, and Brian Williams filed and served a second amended
3   complaint on July 6, 2009.  Defendants Select Comfort Retail Corporation, Bed Bath &
4   Beyond, Inc., and The Sleep Train, Inc. currently must respond to the amended complaint,
5   whether by answer or motion, on July 20, 2009.
6   WHEREAS, Defendants intend to file a motion under Rule 12 of the Federal Rules
7   of Civil Procedure in response to Plaintiffs' amended complaint.
8   WHEREAS, the parties agree to extend Defendants' time to respond to the amended
9   complaint.  The parties further agree to continue all other deadlines until after the Court has
10  decided Defendants' motion.
11  WHEREAS, the parties have secured a hearing date on the motion and have agreed
12  to a briefing schedule.
13  NOW THEREFORE, the parties hereby agree and stipulate that Defendants' time to
14  respond to the amended complaint is continued until September 18, 2009.
15  The parties agree that Defendants' Rule 12 motion will be heard on November 6,
16  2009 at 9:00 a.m.  Said date was reserved with the Clerk prior to the filing of this
17  stipulation.
18  The parties further agree to the following briefing schedule:  Defendants' motion,
19  including points and authorities, shall be served and filed on or before September 18, 2009.
20  Plaintiffs' opposition shall be served and filed on or before October 16, 2009.  Defendants'
21  reply shall be served and filed on or before October 23, 2009.  The briefing schedule is in
22  accordance with Local Rule 7.
23  The parties further agree that all other deadlines shall be continued until after the
24  Court decides Defendants' motion.
25
26
27
28

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME
Case No. C 08 02746JF

| | |
|---|---|
| Dated: July 20, 2009 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | By   */s/ Dianne L. Sweeney*<br>Dianne L. Sweeney<br>Attorneys for Defendants<br>SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC. |
| Dated: July 20, 2009 | OPPENHEIMER WOLFF & DONNELLY LLP |
| | By   */s/ Andrew S. Hansen*<br>Andrew S. Hansen<br>Attorneys for Defendants<br>SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC. |
| Dated: July 20, 2009 | BUSTAMANTE, O'HARA & GALIASSO |
| | By   */s/ Andrew V. Stearns*<br>Andrew V. Stearns<br>Attorneys for Plaintiffs<br>MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRIAN WILLIAMS |

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, and BRIAN WILLIAMS and co-counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC.

By   */s/ Dianne L. Sweeney*
Dianne L. Sweeney

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation and finding good cause therefore, hereby orders:

1. That Defendants' time to respond to the second amended complaint is continued until September 18, 2009;

2. That Defendants' Rule 12 motion will be heard on November 6, 2009 at 9:00 a.m. Said date was reserved with the Clerk prior to the filing of this stipulation;

3. That the parties shall comply with the following schedule relating to Defendants' Rule 12 motion:

   a. Defendants' motion, including points and authorities, shall be served and filed on or before September 18, 2009;

   b. Plaintiffs' opposition shall be served and filed on or before October 16, 2009;

   c. Defendants' reply shall be served and filed on or before October 23, 2009.

4. That all other deadlines shall be continued until a date to be ordered by the Court after the Court decides Defendants' Rule 12 motion.

IT IS SO ORDERED.

Dated: July 22, 2009      By: _____
                              United States District Court Judge