PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (SBN 083532)
  vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
  dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

OPPENHEIMER WOLFF & DONNELLY LLP
ANDREW S. HANSEN (admitted *Pro Hac Vice*)
  ahansen@oppenheimer.com
HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
  hfisher@oppenheimer.com
MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
  manzelc@oppenheimer.com
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION,
BED BATH & BEYOND, INC.,
and THE SLEEP TRAIN, INC.

**E-Filed 1/20/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY STEARNS, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. C 08 02746 JF PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR RESPONDING TO THIRD AMENDED COMPLAINT AND TO SET HEARING ON RULE 12 MOTION AND RULE 15 MOTION FOR APRIL 30, 2010**<br><br>**Local Rule 6-1** |

1    WHEREAS, by Order dated December 4, 2009, the Court granted Defendants'
2 Motion To Dismiss And Strike The Second Amended Complaint with leave to amend
3 certain claims, excluding claims based upon alleged personal injuries;
4    WHEREAS, the Court advised that Plaintiffs may seek leave of Court to plead
5 claims based upon personal injuries;
6    WHEREAS, Plaintiffs filed and served a Third Amended Complaint on January 4,
7 2010. Defendants Select Comfort Retail Corporation, Bed Bath & Beyond, Inc., and The
8 Sleep Train, Inc. currently must respond to the Third Amended Complaint, whether by
9 answer or motion, on January 19, 2010;
10   WHEREAS, Defendants intend to file a motion under Rule 12 of the Federal Rules
11 of Civil Procedure in response to Plaintiffs' Third Amended Complaint;
12   WHEREAS, Plaintiffs intend to file a motion under Rule 15 of the Federal Rules of
13 Civil Procedure for leave to amend the Third Amended Complaint to add claims based
14 upon alleged personal injuries;
15   WHEREAS, the parties believe that allowing these motions to be heard by the Court
16 simultaneously will preserve the parties' and the Court's resources by allowing the Court to
17 consider the viability of all remaining claims and potential claims at the same time and
18 reduce the possibility of consecutive motions further extending the pleading stage of this
19 litigation;
20   WHEREAS, the parties agree to extend Defendants' time to respond to the Third
21 Amended Complaint;
22   WHEREAS, the parties have secured a hearing date on the motions and have agreed
23 to a briefing schedule.
24   NOW THEREFORE, the parties hereby agree and stipulate that Defendants' time to
25 respond to the Third Amended Complaint is continued until March 12, 2010.
26   The parties agree that Defendants' Rule 12 motion and Plaintiffs' Rule 15 motion
27 will be heard on April 30, 2010. Said date was reserved with the Clerk prior to the filing of
28 this stipulation.

| | | |
|---|---|---|
| 1 | | The parties further agree to the following briefing schedule: The parties' respective motions, including points and authorities, shall be served and filed on or before March 12, 2010. The parties' respective oppositions shall be served and filed on or before April 2, 1010. The parties' respective replies shall be served and filed on or before April 16, 1010. The briefing schedule is in accordance with Local Rule 7. |

The parties further agree to the following briefing schedule: The parties' respective motions, including points and authorities, shall be served and filed on or before March 12, 2010. The parties' respective oppositions shall be served and filed on or before April 2, 1010. The parties' respective replies shall be served and filed on or before April 16, 1010. The briefing schedule is in accordance with Local Rule 7.

Dated: January 15, 2010   PILLSBURY WINTHROP SHAW PITTMAN LLP

By  */s/ Dianne L. Sweeney*

Dianne L. Sweeney
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC.

Dated: January 15, 2010   OPPENHEIMER WOLFF & DONNELLY LLP

By  */s/ Heidi A.O. Fisher*
Andrew S. Hansen
Heidi A.O. Fisher
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC.

Dated: January 15, 2010   BUSTAMANTE, O'HARA & GALIASSO

By  */s/ Andrew V. Stearns*
Andrew V. Stearns
Attorneys for Plaintiffs
MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRIAN WILLIAMS

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, and BRIAN WILLIAMS and co-counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC.

By   */s/ Dianne L. Sweeney*
     Dianne L. Sweeney

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' Stipulation and finding good cause therefore, hereby orders:

1. That Defendants' time to respond to the Third Amended Complaint is continued until March 12, 2010;

2. That Defendants' Rule 12 motion and Plaintiffs' Rule 15 motion will be heard on April 30, 2010 at 9:00 a.m. Said date was reserved with the Clerk prior to the filing of this stipulation;

3. That the parties shall comply with the following schedule relating to the parties' respective motions:

    a. The parties' respective motions, including points and authorities, shall be served and filed on or before March 12, 2010.

    b. The parties' respective opposition briefs shall be served and filed on or before April 2, 1010.

    c. The parties' respective reply briefs shall be served and filed on or before April 16, 1010.

IT IS SO ORDERED.

Dated: 1/9/2010       By: _____
                          United States District Court Judge