Robert M. Gagliasso, Esq. SBN 162082
Andrew V. Stearns, Esq. SBN 164849
Steven M. Berki, Esq. SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
rgagliasso@boglawyers.com
astearns@boglawyers.com
sberki@boglawyers.com

Attorneys for Plaintiffs
MOLLY STEARNS, RUTH ROSE,
DENNIS FULLER, BONNIE FULLER,
DAN SCHLESINGER, KAREN WILLIAMS
and BRYAN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRYAN WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>Defendants. | Case No. C08 02746 JF PVT<br><br>**STIPULATION TO CONTINUE TIME FOR: (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND [PROPOSED] ORDER**<br><br>*Local Rule 6-1*<br><br>**Complaint Filed: April 25, 2008** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF

RECORD:

1      WHEREAS, by Order dated July 21, 2010, the Court granted Defendants' motion to
2 strike Plaintiffs' class allegations and dismiss the Third Amended Complaint; and denied
3 Plaintiffs' motion for leave to file Fourth Amended Complaint.  [ECF Docket No. 93].
4      WHEREAS, the Court advised that Plaintiffs may file a new pleading as limited by the
5 Order. [EFC Docket No. 93].
6      WHEREAS, Plaintiffs intend to file and serve the Fifth Amended Complaint by August
7 20, 2010 in conformance with the Court's Order dated July 21, 2010.
8      WHEREAS, the parties are currently engaged in settlement negotiations involving the
9 all claims and parties involved in this litigation.  Settlement negotiations are ongoing and are
10 not completed.
11     WHEREAS, the parties believe that allowing further time for filing and responding to
12 the Fifth Amended Complaint will preserve the parties' and Court's resources and benefit
13 settlement negotiations.
14     WHEREAS, the parties agree to extend Plaintiffs' time to file the Fifth Amended
15 Complaint past August 20, 2010;
16     WHEREAS, the parties agree to extend Defendants' time to respond to the Fifth
17 Amended Complaint by fourteen (14) days.
18     NOW THEREFORE, the parties hereby agree and stipulate that Plaintiffs' time to file the
19 Fifth Amended Complaint is continued until September 22, 2010.
20     The parties further agree that Defendants' response to Plaintiffs' Fifth Amended
21 Complaint is hereby extended by fourteen (14) days.  This extension does not affect the
22 fourteen (14) day timeline for responding pursuant to Federal Rules of Civil Procedure.
23 Dated: August 19, 2010          BUSTAMANTE, O'HARA & GALIASSO

25                    By _____/S/_____
                          Andrew V. Stearns
26                        Attorneys for Plaintiffs
                          MOLLY STEARNS, RUTH ROSE, DENNIS FULLER,
27                        BONNIE FULLER, DAN SCHLESINGER, KAREN
                          WILLIAMS, AND BRIAN WILLIAMS

_____Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO PLAINTIFFS'
FIFTH AMENDED COMPLAINT

1  Dated: August 19, 2010                OPPENHEIMER WOLFF & DONNELLY LLP

2

3                                        By _____/S/_____
                                             Andrew S. Hansen
4                                            Heidi A.O. Fisher
                                             Attorneys for Defendants
5                                            SELECT COMFORT RETAIL CORPORATION, BED BATH
                                             & BEYOND INC., and THE SLEEP TRAIN, INC.
6

7                                        PILLSBURY WINTHROP SHAW PITTMAN LLP

8                                        Dianne L. Sweeney
                                         Attorneys for Defendants
9                                        SELECT COMFORT RETAIL CORPORATION, BED BATH
                                         & BEYOND INC., and THE SLEEP TRAIN, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC. and counsel for Plaintiffs MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, and BRIAN WILLIAMS.

By     /S/
      Andrew V. Stearns

## [PROPOSED] ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

Plaintiffs' time to file the Fifth Amended Complaint is continued until September 22, 2010; and Defendants time to respond to the Fifth Amended Complaint is extended fourteen (14) days. This extension to defendants does not affect the fourteen (14) day timeline for responding pursuant to Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 8/19/10     By: _____
                       Hon. Jeremy Fogel
                       United States District Court Judge