**E-Filed 9/21/2010**

1  Robert M. Gagliasso, Esq. SBN 162082
   Andrew V. Stearns, Esq. SBN 164849
2  Steven M. Berki, Esq. SBN 245426
   **BUSTAMANTE, O'HARA & GAGLIASSO**
3  River Park Tower
   333 W. San Carlos St., 8th Floor
4  San Jose, California  95110
   Telephone: (408) 977-1911
5  rgagliasso@boglawyers.com
   astearns@boglawyers.com
6  sberki@boglawyers.com

7  Attorneys for Plaintiffs
   MOLLY STEARNS, RUTH ROSE,
8  DENNIS FULLER, BONNIE FULLER,
   DAN SCHLESINGER, KAREN WILLIAMS
9  and BRYAN WILLIAMS

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14                              * * *

15
   MOLLY STEARNS, RUTH ROSE, DENNIS     )   Case No. C08 02746 JF PVT
16 FULLER, BONNIE FULLER, DAN           )
   SCHLESINGER, KAREN WILLIAMS, AND     )   **AMENDED STIPULATION TO**
17 BRYAN WILLIAMS                       )   **CONTINUE TIME FOR: (1) FILING OF**
                                        )   **PLAINTIFFS' FIFTH AMENDED**
18              Plaintiffs,             )   **COMPLAINT; AND**
                                        )   **(2) RESPONDING TO PLAINTIFFS'**
19 vs.                                  )   **FIFTH AMENDED COMPLAINT;**
                                        )   **AND [PROPOSED] ORDER**
20 SELECT COMFORT RETAIL               )
   CORPORATION, a Minnesota Corporation; )   *Local Rule 6-1*
21 BED BATH & BEYOND, INC., a New York  )
   Corporation; THE SLEEP TRAIN, INC., a )
22 California Corporation, and DOES 1    )   **Complaint Filed: April 25, 2008**
   through 50,000, inclusive,           )
23                                       )
                Defendants.             )
24 _____  )

25 IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF

26 RECORD:

27

28
                                                                    Page 1
   _____
   AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO
   PLAINTIFFS' FIFTH AMENDED COMPLAINT

1    WHEREAS, by Order dated August 19, 2010, the Court granted the Parties' Stipulation

2  to Continue Time For: (1) Filing of Plaintiffs' Fifth Amended Complaint; and (2) Responding to

3  Plaintiffs' Fifth Amended Complaint. [ECF Docket No. 95].

4    WHEREAS, the Parties are actively engaged in settlement negotiations and exchange of

5  relevant documentation related to plaintiffs' claims.

6    WHEREAS, Plaintiffs intend to file and serve the Fifth Amended Complaint by

7  September 22, 2010 in conformance with the Court's Order. [ECF Docket No. 95].

8    WHEREAS, the Parties agree that substantive review and evaluation of documents

9  exchanged during the course of settlement negotiation will require further extension of the

10  deadline for filing of plaintiffs' Fifth Amended Complaint and defendants' Response.

11    WHEREAS, the parties believe that allowing further time for filing and responding to

12  the Fifth Amended Complaint will preserve the parties' and Court's resources and benefit

13  settlement negotiations.

14    WHEREAS, the parties agree to extend Plaintiffs' time to file the Fifth Amended

15  Complaint by ninety (90) days to December 15, 2010.

16    WHEREAS, the parties agree to extend Defendants' time to respond to the Fifth

17  Amended Complaint by thirty (30) days.

18    NOW THEREFORE, the parties hereby agree and stipulate that Plaintiffs' time to file the

19  Fifth Amended Complaint is continued until December 15, 2010.

20    The parties further agree that Defendants' response to Plaintiffs' Fifth Amended

21  Complaint is hereby extended by thirty (30) days.

22  Dated: September 16, 2010          BUSTAMANTE, O'HARA & GALIASSO

23

24                                   By _____
                                        Andrew V. Stearns
25                                      Attorneys for Plaintiffs
                                        MOLLY STEARNS, RUTH ROSE, DENNIS FULLER,
26                                      BONNIE FULLER, DAN SCHLESINGER, KAREN
                                        WILLIAMS, AND BRIAN WILLIAMS
27

28

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO
PLAINTIFFS' FIFTH AMENDED COMPLAINT

1    Dated: September 16, 2010        OPPENHEIMER WOLFF & DONNELLY LLP

2

3                                     By _____
                                        Andrew S. Hansen
4                                       Heidi A.O. Fisher
                                        Attorneys for Defendants
5                                       SELECT COMFORT RETAIL CORPORATION, BED BATH
                                        & BEYOND INC., and THE SLEEP TRAIN, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO
PLAINTIFFS' FIFTH AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By _____
Andrew V. Stearns

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO PLAINTIFFS' FIFTH AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

Plaintiffs' time to file the Fifth Amended Complaint is continued until December 15, 2010; and Defendants time to respond to the Fifth Amended Complaint is extended thirty (30) days.

IT IS SO ORDERED.

Dated: _____September 21, 2010_____          By: _____

Hon. Jeremy Fogel
United States District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO PLAINTIFFS' FIFTH AMENDED COMPLAINT