**E-Filed 12/15/2010**

Robert M. Gagliasso, Esq. SBN 162082
Andrew V. Stearns, Esq. SBN 164849
Steven M. Berki, Esq. SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
rgagliasso@boglawyers.com
astearns@boglawyers.com
sberki@boglawyers.com

Attorneys for Plaintiffs
MOLLY STEARNS, RUTH ROSE,
DENNIS FULLER, BONNIE FULLER,
DAN SCHLESINGER, KAREN WILLIAMS
and BRYAN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRYAN WILLIAMS<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>Defendants. | Case No. C08 02746 JF PVT<br><br>**AMENDED STIPULATION TO CONTINUE TIME FOR: (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND [PROPOSED] ORDER**<br><br>*Local Rule 6-1*<br><br>**Complaint Filed: April 25, 2008** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF RECORD:

1  WHEREAS, by Order dated September 21, 2010 the Court granted the Parties' Stipulation to Continue Time For: (1) Filing of Plaintiffs' Fifth Amended Complaint; and (2) Responding to Plaintiffs' Fifth Amended Complaint. [ECF Docket No. 97].

WHEREAS, the Parties are actively engaged in settlement negotiations and exchange of relevant documentation related to plaintiffs' claims.

WHEREAS, Plaintiffs intend to file and serve the Fifth Amended Complaint by December 15, 2010 in conformance with the Court's Order. [ECF Docket No. 97].

WHEREAS, the Parties agree that substantive review and evaluation of documents exchanged during the course of settlement negotiation will require further extension of the deadline for filing of plaintiffs' Fifth Amended Complaint and defendants' Response.

WHEREAS, the parties believe that allowing further time for filing and responding to the Fifth Amended Complaint will preserve the parties' and Court's resources and benefit settlement negotiations.

WHEREAS, the parties agree to extend Plaintiffs' time to file the Fifth Amended Complaint by forty-five (45) days to January 31, 2011.

WHEREAS, the parties agree to extend Defendants' time to respond to the Fifth Amended Complaint by thirty (30) days.

NOW THEREFORE, the parties hereby agree and stipulate that Plaintiffs' time to file the Fifth Amended Complaint is continued until January 31, 2011.

The parties further agree that Defendants' response to Plaintiffs' Fifth Amended Complaint is hereby extended by thirty (30) days.

Dated: December 13, 2010            BUSTAMANTE, O'HARA & GALIASSO

By _____
Robert M. Gagliasso
Andrew V. Stearns
Attorneys for Plaintiffs
MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRIAN WILLIAMS

1 | Dated: December 13, 2010         OPPENHEIMER WOLFF & DONNELLY LLP
2
3 | By _____
    Andrew S. Hansen
4 | Heidi A.O. Fisher
    Attorneys for Defendants
5 | SELECT COMFORT RETAIL CORPORATION, BED BATH
    & BEYOND INC., and THE SLEEP TRAIN, INC.

Page 3

## GENERAL ORDER 45(X)(B) STATEMENT

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By _____
Robert M. Gagliasso
Andrew V. Stearns

1  **[PROPOSED] ORDER**

2  The Court, having considered the parties' Stipulation, the documents and records on

3  file with the court, and finding good cause therefore, hereby orders:

4  Plaintiffs' time to file the Fifth Amended Complaint is continued until January 31, 2011;

5  and Defendants time to respond to the Fifth Amended Complaint is extended thirty (30) days.

6

7

8  IT IS SO ORDERED.

9  Dated:  12/15/2010                    By: _____
10                                            Hon. Jeremy Fogel
11                                            United States District Court Judge