**E-Filed 2/10/2011**

1   Robert M. Gagliasso, Esq. SBN 162082
    Andrew V. Stearns, Esq. SBN 164849
2   Steven M. Berki, Esq. SBN 245426
    **BUSTAMANTE, O'HARA & GAGLIASSO**
3   River Park Tower
    333 W. San Carlos St., 8th Floor
4   San Jose, California  95110
    Telephone: (408) 977-1911
5   rgagliasso@boglawyers.com
    astearns@boglawyers.com
6   sberki@boglawyers.com

7   Attorneys for Plaintiffs
    MOLLY STEARNS, RUTH ROSE,
8   DENNIS FULLER, BONNIE FULLER,
    DAN SCHLESINGER, KAREN WILLIAMS
9   and BRYAN WILLIAMS

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14                                * * *

15
    MOLLY STEARNS, RUTH ROSE, DENNIS     )  Case No. C08 02746 JF PVT
16  FULLER, BONNIE FULLER, DAN           )
    SCHLESINGER, KAREN WILLIAMS, AND     )  **SECOND AMENDED STIPULATION TO**
17  BRYAN WILLIAMS                       )  **CONTINUE TIME FOR: (1) FILING OF**
                                         )  **PLAINTIFFS' FIFTH AMENDED**
18                  Plaintiffs,          )  **COMPLAINT; AND**
                                         )  **(2) RESPONDING TO PLAINTIFFS'**
19  vs.                                  )  **FIFTH AMENDED COMPLAINT;**
                                         )  **AND [PROPOSED] ORDER**
20  SELECT COMFORT RETAIL                )
    CORPORATION, a Minnesota Corporation;)  *Local Rule 6-1*
21  BED BATH & BEYOND, INC., a New York  )
    Corporation; THE SLEEP TRAIN, INC., a)
22  California Corporation, and DOES 1   )  **Complaint Filed: April 25, 2008**
    through 50,000, inclusive,           )
23                                       )
                    Defendants.          )
24  _____)

25  IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF

26  RECORD:

27  //

28

1  WHEREAS, by Order dated September 21, 2010 the Court granted the Parties'
2  Stipulation to Continue Time For: (1) Filing of Plaintiffs' Fifth Amended Complaint; and (2)
3  Responding to Plaintiffs' Fifth Amended Complaint.  [ECF Docket No. 97, 99].

4  WHEREAS, the Parties are actively engaged in settlement negotiations and exchange of
5  relevant documentation related to plaintiffs' claims.

6  WHEREAS, Plaintiffs intend to file and serve the Fifth Amended Complaint by January
7  31, 2011 in conformance with the Court's Order. [ECF Docket No. 97, 99].

8  WHEREAS, the Parties agree that substantive review and evaluation of documents
9  exchanged during the course of settlement negotiation will require further extension of the
10  deadline for filing of plaintiffs' Fifth Amended Complaint and defendants' Response.

11  WHEREAS, the parties believe that allowing further time for filing and responding to
12  the Fifth Amended Complaint will preserve the parties' and Court's resources and benefit
13  settlement negotiations.

14  WHEREAS, the parties agree to extend Plaintiffs' time to file the Fifth Amended
15  Complaint by forty-five (45) days to March 17, 2011.

16  WHEREAS, the parties agree to extend Defendants' time to respond to the Fifth
17  Amended Complaint by thirty (30) days.

18  NOW THEREFORE, the parties hereby agree and stipulate that Plaintiffs' time to file the
19  Fifth Amended Complaint is continued until March 17, 2011.

20  The parties further agree that Defendants' response to Plaintiffs' Fifth Amended
21  Complaint is hereby extended by thirty (30) days.

22  Dated: January 27, 2011            BUSTAMANTE, O'HARA & GALIASSO
23
24                                     By _____/S/_____
25                                        Andrew V. Stearns
                                          Attorneys for Plaintiffs
                                          MOLLY   STEARNS,   RUTH   ROSE,   DENNIS   FULLER,
26                                        BONNIE   FULLER,   DAN   SCHLESINGER,   KAREN
                                          WILLIAMS, AND BRIAN WILLIAMS
27
28

1    Dated: January 27, 2011             OPPENHEIMER WOLFF & DONNELLY LLP

2

3                               By _____/S/_____

4                                  Andrew S. Hansen
                                 Heidi A.O. Fisher

5                                  Attorneys for Defendants
                                 SELECT COMFORT RETAIL CORPORATION, BED BATH

6                                  & BEYOND INC., and THE SLEEP TRAIN, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR (1) FILING OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; AND (2) RESPONDING TO PLAINTIFFS' FIFTH AMENDED COMPLAINT

1

2

**GENERAL ORDER 45(X)(B) STATEMENT**

3

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of

4

this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL

5

CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have

6

retained in my possession all signatures of counsel subject to this stipulation.

7

8

By _____/S/_____
                Andrew V. Stearns

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ~~[PROPOSED]~~ ORDER

2

The Court, having considered the parties' Stipulation, the documents and records on

3

file with the court, and finding good cause therefore, hereby orders:

4

Plaintiffs' time to file the Fifth Amended Complaint is continued until March 17, 2011;

5

and Defendants time to respond to the Fifth Amended Complaint is extended thirty (30) days.

6

7

IT IS SO ORDERED.

8

9

Dated: _____2/10/2011_____      By: _____

10

Hon. Jeremy Fogel
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28