Robert M. Gagliasso, Esq. SBN 162082
Andrew V. Stearns, Esq. SBN 164849
Steven M. Berki, Esq. SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
rgagliasso@boglawyers.com
astearns@boglawyers.com
sberki@boglawyers.com

**E-Filed 3/18/2011**

Attorneys for Plaintiffs
MOLLY STEARNS, RUTH ROSE,
DENNIS FULLER, BONNIE FULLER,
DAN SCHLESINGER, KAREN WILLIAMS
and BRYAN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRYAN WILLIAMS

Plaintiffs,

vs.

SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,

Defendants.

Case No. C08 02746 JF PVT

**STIPULATION TO ATTEND MEDIATION AND FOR STAY OF ALL DEADLINES AND FILING REQUIREMENTS PENDING RESOLUTION OF MEDIATION SESSION; AND ~~[PROPOSED]~~ ORDER**

***Local Rule 6-1***

**Complaint Filed: April 25, 2008**

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF RECORD:

//

WHEREAS, by Order dated February 2, 2011 the Court granted the Parties' Stipulation to Continue Time For: (1) Filing of Plaintiffs' Fifth Amended Complaint; and (2) Responding to Plaintiffs' Fifth Amended Complaint. [ECF Docket No. 97, 99, 101].

WHEREAS, the Parties have actively engaged in settlement negotiations and have provided proposed offers of settlement with respect to all issues, but have not yet come to an agreement and intend on pursuing settlement negotiations through mediation with a mutually agreed upon mediator.

WHEREAS, Plaintiffs intend to file and serve the Fifth Amended Complaint by March 17, 2011 in conformance with the Court's Order. [ECF Docket No. 97, 99, 101].

WHEREAS, the Parties agree that substantive review and evaluation of documents exchanged during the course of settlement negotiation and additional formal discussions by way of a mutually agreed upon mediator would aid potential resolution of this litigation.

WHEREAS, the parties believe that instituting a stay as to all current filing deadlines associated with this matter will preserve the parties' and Court's resources and benefit settlement negotiations by allowing for a mediation session without the impending filing deadline as an impediment to further settlement discussions.

WHEREAS, the parties agree to stay all deadlines currently imposed by prior Stipulations and Amendments thereto.

WHEREAS, the parties agree to confirm selection of a mediator within twenty-five (25) days of the execution of this Stipulation.

WHEREAS, the parties agree to hold a mediation session within seventy-five (75) days of the execution of this Stipulation

WHEREAS, in the event the parties are unsuccessful in coming to a resolution at the conclusion of the mediation session, plaintiffs shall file the Fifth Amended Complaint within fourteen (14) days of said mediation session.

Further, it is agreed to by the parties that defendants shall have forty-five (45) days from the date of plaintiffs' filing the Fifth Amended Complaint to respond pursuant to the

Federal Rules of Civil Procedure.

NOW THEREFORE, the parties hereby agree and stipulate that this matter and all filing deadlines associated with it, as ordered through prior Stipulations and Amendments thereto, are hereby stayed pending resolution of the mediation session which shall be held within seventy-five (75) days of the execution of this Stipulation.

Dated: March 15, 2011

BUSTAMANTE, O'HARA & GALIASSO

By /S/
Andrew V. Stearns
Attorneys for Plaintiffs
MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRIAN WILLIAMS

Dated: March 15, 2011

OPPENHEIMER WOLFF & DONNELLY LLP

By /S/
Andrew S. Hansen
Heidi A.O. Fisher
Attorneys for Defendants
SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC.

## GENERAL ORDER 45(X)(B) STATEMENT

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By /S/
Andrew V. Stearns

# ~~[PROPOSED]~~ ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the Court, and finding good cause therefore, hereby orders:

The parties are to select a mediator within twenty-five (25) days of execution of the Stipulation.

The parties are to schedule a mediation session with the agreed upon mediator within seventy-five (75) days of execution of the Stipulation.

Upon completion of the mediation session and should no agreement be reached, plaintiffs will have fourteen (14) days to file their Fifth Amended Complaint.

Defendants will then have forty-five (45) days to file a response to plaintiffs' complaint in conformance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 3/18/2011

By: ______________________
Hon. Jeremy Fogel
United States District Court Judge