1  Robert M. Gagliasso, Esq. SBN 162082          **E-Filed 7/25/2011**
   Andrew V. Stearns, Esq. SBN 164849
2  Steven M. Berki, Esq. SBN 245426
   **BUSTAMANTE, O'HARA & GAGLIASSO**
3  River Park Tower
   333 W. San Carlos St., 8th Floor
4  San Jose, California  95110
   Telephone: (408) 977-1911
5  rgagliasso@boglawyers.com
   astearns@boglawyers.com
6  sberki@boglawyers.com

7  Attorneys for Plaintiffs
   MOLLY STEARNS, RUTH ROSE,
8  DENNIS FULLER, BONNIE FULLER,
   DAN SCHLESINGER, KAREN WILLIAMS
9  and BRYAN WILLIAMS

10 PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
11   vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
12   dianne.sweeney@pillsburylaw.com
13 2475 Hanover Street
   Palo Alto, CA  94304-1114
14 Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
15

16 OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (admitted *Pro Hac Vice*)
17   ahansen@oppenheimer.com
   HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
18   hfisher@oppenheimer.com
   MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
19   manzelc@oppenheimer.com
   Plaza VII, Suite 3300
20 45 South Seventh Street
   Minneapolis, MN  55402
21 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
22

23 Attorneys for Defendants
   SELECT COMFORT RETAIL CORPORATION,
24 BED BATH & BEYOND, INC. and THE SLEEP TRAIN, INC.

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRYAN WILLIAMS<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>　　　　　　　　Defendants. | Case No. C08 02746 JF PVT<br><br>**AMENDED STIPULATION TO ATTEND MEDIATION AND FOR STAY OF ALL DEADLINES AND FILING REQUIREMENTS PENDING RESOLUTION OF MEDIATION SESSION; AND [PROPOSED] ORDER**<br><br>*Local Rule 6-1*<br><br>**Complaint Filed: April 25, 2008** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　WHEREAS, by Order dated March 18, 2011 the Court granted the Parties' Stipulation to Attend Mediation and for Stay of All Deadlines and Filing Requirements Pending Resolution of Mediation Session. [ECF Docket No. 104].

　　　　WHEREAS, the parties have selected a Mediator, but based on conflicting schedules of the Mediator, Counsel for plaintiffs, Counsel for defendants and all parties, they have been unable to hold the Mediation Session as of the date of this Stipulation despite scheduling and organizing for the session to be held in May 2011.

　　　　WHEREAS, the parties and the Mediator have now scheduled a Mediation Session to be held on August 25, 2011.

　　　　WHEREAS, the parties believe that continuing to stay all current filing deadlines associated with this matter pending the scheduled Mediation Session will preserve the

1  parties' and Court's resources and benefit settlement negotiations by allowing for the
2  Mediation Session without impending filing deadlines as an impediment to further settlement
3  discussions.
4      WHEREAS, the parties desire to set a schedule for continuing this litigation should the
5  Mediation Session fail to end in the settlement of this matter.
6      NOW THEREFORE, the parties hereby agree and stipulate that this matter and all filing
7  deadlines associated with it, as ordered through prior Stipulations and Amendments thereto,
8  should be stayed pending resolution of the Mediation Session which is scheduled for August
9  25, 2011.
10     The parties further agree that in the event the parties are unsuccessful in coming to a
11 resolution of this litigation at the conclusion of the Mediation Session, Plaintiffs shall file an
12 operative Fifth Amended Complaint within thirty (30) days of said Mediation Session, and
13 Defendants shall have forty-five (45) days to respond to the Fifth Amended Complaint
14 pursuant to the Federal Rules of Civil Procedure.

Dated: July 18, 2011              BUSTAMANTE, O'HARA & GAGLIASSO

                                  By _____/S/_____
                                      Andrew V. Stearns
                                      Attorneys for Plaintiffs
                                      MOLLY STEARNS, RUTH ROSE, DENNIS FULLER,
                                      BONNIE FULLER, DAN SCHLESINGER, KAREN
                                      WILLIAMS, AND BRIAN WILLIAMS

Dated: July 18, 2011              OPPENHEIMER WOLFF & DONNELLY LLP

                                  By _____/S/_____
                                      Andrew S. Hansen
                                      Heidi A.O. Fisher
                                      Attorneys for Defendants
                                      SELECT COMFORT RETAIL CORPORATION, BED BATH
                                      & BEYOND INC., and THE SLEEP TRAIN, INC.

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By _____/S/_____
Andrew V. Stearns

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation, the documents and records on file with the Court, and finding good cause therefore, hereby orders:

All deadlines in this action continued to be stayed.

The Court understands that a Mediation Session has been scheduled for August 25, 2011. Upon completion of the Scheduled Mediation Session and should no agreement to settle the litigation be reached, Plaintiffs shall file an operative Fifth Amended Complaint within thirty (30) days of said Mediation Session, and Defendants shall have forty-five (45) days to respond to the Fifth Amended Complaint pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 7/21/2011

By: _____
Hon. Jeremy Fogel
United States District Court Judge