1  Robert M. Gagliasso, Esq. SBN 162082
   Andrew V. Stearns, Esq. SBN 164849
2  Steven M. Berki, Esq. SBN 245426
   BUSTAMANTE, O'HARA & GAGLIASSO
3  River Park Tower
   333 W. San Carlos St., 8th Floor
4  San Jose, California  95110
   Telephone: (408) 977-1911
5  rgagliasso@boglawyers.com
   astearns@boglawyers.com
6  sberki@boglawyers.com

7  Attorneys for Plaintiffs
   MOLLY STEARNS, RUTH ROSE,
8  DENNIS FULLER, BONNIE FULLER,
   DAN SCHLESINGER, KAREN WILLIAMS
9  and BRYAN WILLIAMS

10 PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
11   vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
12   dianne.sweeney@pillsburylaw.com
13 2475 Hanover Street
   Palo Alto, CA  94304-1114
14 Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
15

16 OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (admitted *Pro Hac Vice*)
17   ahansen@oppenheimer.com
   HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
18   hfisher@oppenheimer.com
   MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
19   manzelc@oppenheimer.com
   Plaza VII, Suite 3300
20 45 South Seventh Street
   Minneapolis, MN  55402
21 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
22

23 Attorneys for Defendants
   SELECT COMFORT RETAIL CORPORATION,
24 BED BATH & BEYOND, INC. and THE SLEEP TRAIN, INC.

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

* * *

| | |
|---|---|
| MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRYAN WILLIAMS<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>Defendants. | Case No. C08 02746 SC<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DUE TO UNAVAILABILITY OF LEAD TRIAL COUNSEL; AND [PROPOSED] ORDER**<br><br>*Local Rule 6-1*<br><br>**Complaint Filed: April 25, 2008** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, by Clerk's Notice dated February 22, 2012, the Court scheduled a Case Management Conference for April 20, 2012.  (ECF Doc. No. 114.)

WHEREAS, Andrew Hansen, lead trial counsel for Defendants, is currently in trial on another matter before the Honorable Thomas C. Platt in the United States District Court for the Eastern District of New York.  The trial is not expected to be concluded by April 20, 2012.  The trial is expected to conclude sometime in May.  Mr. Hansen will therefore be unavailable for the Case Management Conference as currently scheduled.

WHEREAS, the parties have scheduled mediation for May 16, 2012.  The parties were unable to schedule the mediation for earlier than May 16 due to Mr. Hansen's trial schedule, as well as the mediator's trial schedule.

NOW THEREFORE, the parties hereby agree and stipulate that the Case Management Conference scheduled for April 20, 2012 should be rescheduled.   The parties propose that the

Case Management Conference be rescheduled for June 8, 2012.

Dated: April 9, 2012            BUSTAMANTE, O'HARA & GAGLIASSO


                                By _____/S/_____
                                    Robert M. Gagliasso
                                    Andrew V. Stearns
                                    Steven M. Berki
                                    Attorneys for Plaintiffs
                                    MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRIAN WILLIAMS

Dated: April 9, 2012            OPPENHEIMER WOLFF & DONNELLY LLP


                                By _____/S/_____
                                    Andrew S. Hansen
                                    Heidi A.O. Fisher
                                    Meghan M. Anzelc
                                    Attorneys for Defendants
                                    SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC.

## GENERAL ORDER 45(X)(B) STATEMENT

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By    /S/   
Robert M. Gagliasso

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation, the documents and records on file with the Court, and finding good cause therefore, hereby orders:

Due to the unavailability of lead trial counsel for Defendants to appear at the Case Management Conference, currently scheduled for April 20, 2012, the Case Management Conference will be rescheduled for June 8, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 4/9/12

By: _____
Hon. _____
United States District Court Judge

