1  Robert M. Gagliasso, Esq. SBN 162082
   Andrew V. Stearns, Esq. SBN 164849
2  Steven M. Berki, Esq. SBN 245426
   BUSTAMANTE, O'HARA & GAGLIASSO
3  River Park Tower
   333 W. San Carlos St., 8th Floor
4  San Jose, California  95110
   Telephone: (408) 977-1911
5  rgagliasso@boglawyers.com
   astearns@boglawyers.com
6  sberki@boglawyers.com

7  Attorneys for Plaintiffs
   MOLLY STEARNS, RUTH ROSE,
8  DENNIS FULLER, BONNIE FULLER,
   DAN SCHLESINGER, KAREN WILLIAMS
9  and BRYAN WILLIAMS

10 PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532)
11   vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
12   dianne.sweeney@pillsburylaw.com
13 2475 Hanover Street
   Palo Alto, CA  94304-1114
14 Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
15

16 OPPENHEIMER WOLFF & DONNELLY LLP
   ANDREW S. HANSEN (admitted *Pro Hac Vice*)
17   ahansen@oppenheimer.com
   HEIDI A. O. FISHER (admitted *Pro Hac Vice*)
18   hfisher@oppenheimer.com
   MEGHAN M. ANZELC (admitted *Pro Hac Vice*)
19   manzelc@oppenheimer.com
   Campbell Mithun Tower
20 Suite 2000
21 222 South Ninth Street
   Minneapolis, MN  55402
22 Telephone: (612) 607-7000
   Facsimile: (612) 607-7100
23
   Attorneys for Defendants
24 SELECT COMFORT RETAIL CORPORATION,
   BED BATH & BEYOND, INC. and THE SLEEP TRAIN, INC.
25

26

27

28

_____Page 1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

* * *

| | |
|---|---|
| MOLLY STEARNS, RUTH ROSE, DENNIS FULLER, BONNIE FULLER, DAN SCHLESINGER, KAREN WILLIAMS, AND BRYAN WILLIAMS<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; BED BATH & BEYOND, INC., a New York Corporation; THE SLEEP TRAIN, INC., a California Corporation, and DOES 1 through 50,000, inclusive,<br><br>Defendants. | Case No. C08 02746 SC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT; AND [PROPOSED] ORDER**<br><br>*Local Rule 6-1*<br><br>**Complaint Filed: April 25, 2008** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF RECORD:

    WHEREAS, based on the stipulation of the parties, the Court ordered a continuance of the Case Management Conference in the above-entitled matter and rescheduled the conference for June 8, 2012 before the Honorable Samuel Conti.  (ECF Doc. No. 116.)

    WHEREAS, the parties' request to reschedule the conference for June 8 was based in part on a mediation session the parties scheduled with Mr. Brad Bening in an effort to resolve the matter prior to the Case Management Conference.   (ECF Doc. No. 115.)

    WHEREAS, the parties participated in mediation on May 30, 2012 with Mr. Brad Bening and were able to resolve the case.

    WHEREAS, given that the parties were able to resolve the case at the mediation and are prepared to submit a stipulation and order for dismissal of the above-entitled action upon execution of a settlement agreement, which the parties are currently negotiating, the Case

1  Management Conference should be continued to August 31, 2012, Courtroom 1, at 10:00 a.m.

2  WHEREAS, the parties request the Court continue the Case Management Conference to
3  give the parties time to finalize and execute the settlement agreement and to finalize and file a
4  stipulation of dismissal with the Court. .

5  WHEREAS, in the event the parties are unable to finalize and execute the settlement
6  agreement and file a stipulation of dismissal prior to August 24, 2012, the parties will submit,
7  on that date, a Joint Case Management Conference Statement.

8  NOW THEREFORE, the parties hereby agree and stipulate that the Case Management
9  Conference scheduled for June 8, 2012 should be continued to August 31, 2012, Courtroom 1
10 at 10:00 a.m.

12 Dated: June 6, 2012                     BUSTAMANTE, O'HARA & GAGLIASSO

14                                         By _____/S/_____
                                              Robert M. Gagliasso
15                                            Andrew V. Stearns
                                              Steven M. Berki
16                                            Attorneys for Plaintiffs
                                              MOLLY STEARNS, RUTH ROSE, DENNIS FULLER,
17                                            BONNIE FULLER, DAN SCHLESINGER, KAREN
                                              WILLIAMS, AND BRIAN WILLIAMS

19 Dated: June 6, 2012                     OPPENHEIMER WOLFF & DONNELLY LLP

21                                         By _____/S/_____
                                              Andrew S. Hansen
22                                            Heidi A.O. Fisher
                                              Meghan M. Anzelc
23                                            Attorneys for Defendants
                                              SELECT COMFORT RETAIL CORPORATION, BED BATH
24                                            & BEYOND INC., and THE SLEEP TRAIN, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT AND [PROPOSED] ORDER

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants SELECT COMFORT RETAIL CORPORATION, BED BATH & BEYOND INC., and THE SLEEP TRAIN, INC, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By    /S/
Robert M. Gagliasso

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the Court, and finding good cause therefore, hereby orders:

Due to the resolution of matter, the Case Management Conference currently scheduled for June 8, 2012, is hereby continued to August ~~24~~ 31, 2012, Courtroom1, at 10:00 a.m.  In the event the parties are unable to finalize and execute the settlement agreement and file a stipulation of dismissal by August 24, 2012, the parties will submit on that date, a Joint Case Management Conference Statement.

This is the <u>final</u> continuance of this Case Management Conference that will be entertained by the Court.  No further continuances will be granted.

IT IS SO ORDERED.

Dated: June 7, 2012          By: _____

Hon. Samuel Conti
United States District Judge